**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

Attorneys for the United States of America

**FILED**

MAR - 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FREDERICK HESSE,<br><br>Defendant. | CASE NO. 2:13-CR-72 JAM<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael D. Anderson to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of this Court.

DATED: March 7, 2013

*/s/ Carolyn Delany*
CAROLYN K. DELANY
United States Magistrate Judge

3