BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>MICHAEL FREDRICK HESSE,<br><br>              Defendant. | CASE NO. 2:13-CR-0072 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 4, 2013.

2. On June 3, 2013, counsel for the defendant contacted government counsel and asked that the government file a stipulation continuing the status conference to assist defense counsel who is engaged in trial in another courthouse. By this stipulation, defendant now moves to continue the status conference until July 2, 2013, and to exclude time between June 4, 2013, and July 2, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has provided discovery, including police investigative reports, photographs, expert reports, and digital video files. The government has also offered to make the

Stipulation Regarding Excludable Time                    1

physical exhibits in the case available for defense inspection.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review this discovery, to consult with his client who is currently in custody, to review the current charges, and to conduct investigation and research related to the charges, and to otherwise prepare for trial.  Defense counsel is currently engaged in a murder trial in Yolo County Superior Court.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2013, to July 2, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 3, 2013        BENJAMIN B. WAGNER
                           United States Attorney

                            /s/ Michael D. Anderson
                           MICHAEL D. ANDERSON
                           Assistant United States Attorney

Dated: June 3, 2013         /s/ Danny Brace
                           DANNY BRACE
                           Counsel for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of June, 2013

                            /s/ John A. Mendez
                           JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE