DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL FREDERICK HESSE,<br><br>Defendant | ) Case No.: 2:13 CR 00072 JAM<br>)<br>)<br>) STIPULATION REGARDING<br>) EXCLUDABLE TIME  PERIODS UNDER<br>) SPEEDY TRIAL ACT FINDINGS AND<br>) ORDER<br>)<br>) |

Plaintiff, United States of America, by and through its counsel of record, and the defendant MICHAEL FREDERICK HESSE, by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on January 28, 2014.

2.   By this stipulation, the defendants now move to continue the status conference until March 4, 2014 at 9:45 a.m., and to exclude time between January 28, 2014 and March 4, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

a.   Counsel for the defendant desires additional time to review the evidence with his client.  Additionally, defense counsel has been involved in a multi-defendant murder trial that

STIP AND ORDER TO EXTEND TIME - 1

began January 2, 2014 and is not expected to conclude until the middle of February.

      b.      Counsel for the defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.      The government does not object to the continuance.

      d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2014, to March 4, 2014, at 9:45 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 1-27-14                                                                                          By: /s/ Danny D. Brace, Jr.,
                                                                                             DANNY D. BRACE, JR.,
                                                                                             Attorney for
                                                                                             Michael Frederick Hesse

Date:   1-27-14                                    By:/s/ Michael D. Anderson
                                                   Authorized to sign for Mr. Anderson
                                                   On January 27, 2014
                                                   Michael D. Anderson
                                                   Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated:  1/27/2014**

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge