UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 27, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FREDERICK HESSE,<br><br>Defendant. | Case No. 2:13-cr-00072-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL FREDERICK HESSE Case No. 2:13-cr-00072-JAM Charges 18 USC § 3583 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

**X** (Other): Supervised Release conditions as stated on the record in open court. Defendant to released at 9:00 AM on 2/28/2019 to the custody of the USM to be taken to Salvation Army Treatment Program.

Issued at Sacramento, California on February 27, 2019 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman