FILED
August 21, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>MICHAEL FREDERICK HESSE,<br><br>          Defendant. | Case No. 2:13-cr-00072-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, MICHAEL FREDERICK HESSE, Case No. 2:13-cr-00072-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__  Release on previously imposed supervised release conditions.

  ____  Bail Posted in the Sum of: $

        ____  Co-Signed Unsecured Appearance Bond

        ____  Secured Appearance Bond

        __X__  (Other) <u>Conditions as stated on the record.</u>

        ____  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __8/21/2019__ at __3:25 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge