UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 27, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL FREDERICK HESSE

Defendant.

Case No. 2:13-CR-00072-JAM-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL FREDERICK HESSE  –
Case No.: 2:13-CR-00072-JAM-1;  Charge:  18 U.S.C. § 3606  – from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_ Appearance Bond with 10% Deposit

  X   (Other):  Defendant sentenced to a term of imprisonment of TIME SERVED.

Issued at Sacramento, California on 10/27/2020 at 10:20 AM.

By: _/s/ John A. Mendez_
John A. Mendez, U.S. District Court Judge