IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL F. HESSE,<br><br>Defendant. | Case №: 2:13-cr-00072-JAM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

This defendant contacted the Federal Defender about representation for the Petition for Violation filed on August 26, 2021. A financial affidavit is separately submitted. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Wray Plummer is appointed to represent the above defendant in this case effective *nunc pro tunc* to January 20, 2022.

This appointment shall remain in effect until further order of this court.

DATED: January 25, 2022            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

ORDER APPOINTING COUNSEL            1