WRAY PLUMMER (SBN 215464)
ATTORNEY AT LAW
50 Iron Point Circle, Suite 140
Folsom, CA 95630
Telephone:  (916) 241-3434
Facsimile:   (916) 594-0925

Attorney for Defendant
MICHAEL HESSE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL HESSE,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:13-cr-000172 JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF JUDGEMENT AND SENTENCING ON TSR VIOLATION; ORDER**<br><br>CURRENT DATE: December 13, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. John Mendez<br><br>PROPOSED NEW DATE: February 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John Mendez |

**STIPULATION**

　　Defendant, Michael Hesse, by and through his counsel, Wray Plummer, and the Government, by and through its counsel, Dhruv Sharma, hereby stipulate as follows:

1. By previous order, this matter was set for Judgement and Sentencing on a TSR Violation for December 13, 2022.

2. By this stipulation, the parties seek to continue Judgement and Sentencing until February 14, 2023, or to a date more convenient for the Court.

3. Defendant submits that good cause is established for the following reason:

　　a. Counsel for the defendant desires additional time to meet with the defendant and

prepare for the upcoming hearing. Defense counsel's ability to do so has been hampered by the continuing fallout from the COVID-19 pandemic and the defendant's housing at the Central Valley Annex in McFarland Ca.

4. The Government does not object to the continuance.
5. The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: October 21, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ DHRUV SHARMA
DHRUV SHARMA
Assistant United States Attorney

Dated: October 21, 2022

/s/ WRAY PLUMMER
WRAY PLUMMER
Counsel for Defendant
MICHAEL HESSE

**ORDER**

IT IS HEREBY ORDERED that Judgement and Sentencing on the TSR Violation shall be continued from December 13, 2022, to February 14, 2023, at 9:00 a.m.

Dated:  October 21, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance of Dispositional Hearing

2