WRAY PLUMMER (SBN 215464)
ATTORNEY AT LAW
50 Iron Point Circle, Suite 140
Folsom, CA 95630
Telephone:  (916) 241-3434
Facsimile:   (916) 594-0925

Attorney for Defendant
MICHAEL HESSE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL HESSE,<br><br>  Defendant. | CASE NO. 2:13-cr-00072 JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF DISPOSITION ON TSR VIOLATION; ORDER**<br><br>CURRENT DATE: February 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John Mendez<br><br>PROPOSED NEW DATE: April 18, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John Mendez |
|---|---|

## STIPULATION

Defendant, Michael Hesse, by and through his counsel, Wray Plummer, and the Government, by and through its counsel, Dhruv Sharma, hereby stipulate as follows:

1. By previous order, this matter was set for disposition on a TSR Violation for February 14, 2023.

2. By this stipulation, defendant seeks to continue disposition until April 18, 2023, at 9:00 a.m.

3. Defendant submits that good cause is established for the following reason:

    a. Counsel for the defendant desires additional time to meet with the defendant and prepare for the upcoming hearing. Defense counsel's ability to do so has been

hampered by the continuing fallout from the COVID-19 pandemic and the defendant's housing at the Central Valley Annex in McFarland Ca., then in Yuba County, Ca.

    b. Defendant is currently participating in self help programming that he wishes to complete prior to his disposition hearing.

4. The Government does not object to the continuance.
5. The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: January 26, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DHRUV SHARMA
DHRUV SHARMA
Assistant United States Attorney

Dated: January 26, 2023

/s/ WRAY PLUMMER
WRAY PLUMMER
Counsel for Defendant
MICHAEL HESSE

**ORDER**

IT IS HEREBY ORDERED that Judgement and Sentencing on the TSR Violation shall be continued from February 14, 2023, to April 18, 2023, at 9:00 a.m.

Date: January 26, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE