WRAY PLUMMER (SBN 215464)
ATTORNEY AT LAW
50 Iron Point Circle, Suite 140
Folsom, CA 95630
Telephone:  (916) 241-3434
Facsimile:   (916) 594-0925

Attorney for Defendant
MICHAEL HESSE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL HESSE,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:13-cr-000072-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF DISPOSITION ON TSR VIOLATION; ORDER**<br><br>CURRENT DATE:  April 18, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John Mendez<br><br>PROPOSED NEW DATE:<br>September 12, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John Mendez |

**STIPULATION**

　　Defendant, Michael Hesse, by and through his counsel, Wray Plummer, and the Government, by and through its counsel, Dhruv Sharma, hereby stipulate as follows:

1. By previous order, this matter was set for disposition on a TSR Violation for November 16, 2021.

2. By this stipulation, defendant seeks to continue disposition until September 12, 2023, or to a date more convenient for the Court.

3. Defendant submits that good cause is established for the following reason:

　　a. Defendant is currently participating in self help programming that he wishes to

Stipulation and Order for Continuance of Dispositional Hearing

1

complete prior to his disposition hearing.

4. The Government does not object to the continuance.
5. Probation does not object to the continuance.
6. The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: April 6, 2023
PHILLIP A. TALBERT
United States Attorney

/s/ DHRUV SHARMA
DHRUV SHARMA
Assistant United States Attorney

Dated: April 6, 2023
/s/ WRAY PLUMMER
WRAY PLUMMER
Counsel for Defendant
MICHAEL HESSE

### ORDER

IT IS HEREBY ORDERED that the Disposition Hearing on the TSR Violation shall be **CONTINUED** from April 18, 2023, to **September 12, 2023, at 9 a.m**.

Dated: April 06, 2023
/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE